## (November 18, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC NORDSTROM, Appellant. — Motion for correction of decision (96 AD2d 1125) and order granted, without costs, and last paragraph of decision dated September 22, 1983, omitted, and decretal paragraph of said decision amended to read as follows: "Judgment modified on the law and the facts, by reversing defendant's conviction of the crime of robbery in the first degree and dismissing the first count of the indictment, and, as so modified, affirmed." Mahoney, P. J., Mikoll, Yesawich, Jr., Weiss and Levine, JJ., concur.